**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Adrian Miguel GAYTAN–SILVA, also known a Joaquin Rendon–Carreo, Defendant–Appellant.**

No. 05–41147.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 24, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, Adrian Miguel Gaytan–Silva, Texas Department of Criminal Justice, San Antonio, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender representing Adrian Miguel Gaytan–Silva has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gaytan–Silva has not filed a response to the motion. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5th CIR. R. 42.2